UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ25-749 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| FREDY OTTONIEL ALONZO CARCAMO, | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>Offense charged</u>:

1. Reentry of Removed Alien

<u>Date of Detention Hearing</u>:   November 25, 2025.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, as well as the reasons stated on the record at the hearing, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has two prior convictions for voyeurism and a conviction and further arrest for failing to register as a sex offender, for which there is an active warrant. He has also been previously convicted of reentry of removed alien. Defendant is currently under investigation for voyeurism, and does not appear to have a stable residence or employment. He does not contest detention at this time.

2. There does not appear to be any condition or combination of conditions that will ensure the safety of the community or reasonably assure the Defendant's appearance at future Court hearings.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

///

///

///

the Defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 25th Day of November, 2025.

_S. Kate Vaughan_
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3